## Commonwealth ex rel. Abrams, Appellant, *v.* Russell.

Submitted June 14, 1965. *Samuel Abrams,* appellant, in propria persona; *Joseph M. Smith,* Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Barnett, Appellant, *v.* Myers.

Submitted June 14, 1965. *Charles Barnett,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.